IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LOLA MOSES, | * |
| Plaintiff, | * |
| v. | Case No. 1:20-CV-242(LAG) |
| | * |
| ANDREW COLLEGE, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of January, 2023.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk